ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND and TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs/Judgment Creditors,

vs.

FLOOR COVERING SPECIALISTS
6317 Cambridge Street
Saint Louis Park, Minnesota 55416-2418

and

PAUL E. PEARSON, individually,
2745 Scott Avenue North
Golden Valley, Minnesota 55422-3574

Defendants/Judgment Debtors,

and

P & S CARPET SERVICE, INC.,
6317 Cambridge Street
Saint Louis Park, Minnesota 55416-2418

Defendant/Garnishee.

Civil File No. 02-0046 DSD

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Date of Judgment: September 13, 2002
Unpaid Balance: $55,617.17

This matter came before the undersigned United States District Court Judge pursuant to Plaintiffs' Motion for Judgment against the Garnishee P & S Carpet Service, Inc.

**FINDINGS OF FACT**

1. On September 13, 2002, judgment in favor of the Twin City Floor Covering Industry Pension Fund and Twin City Floor Covering Industry Fringe Benefit Trust Fund

FILED DEC 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

("Funds") and against Paul E. Pearson and Floor Covering Specialists, joint and several, was entered in the amount of $55,617.17.

2. On May, 21, 2003, pursuant to Minnesota Statutes, Chapter 571, Plaintiffs served a Garnishment Exemption Notice and Notice of Intent to Garnish Earnings Within Ten Days upon Judgment Debtor Paul E. Pearson.

3. On June 6, 2003, the Funds served a Garnishment Summons and an Earnings Disclosure Form for Paul E. Pearson upon P & S Carpet Service, Inc.

4. P & S Carpet Service Inc. has failed to return the disclosure form as required by Minnesota Statutes Section 571.78(1) and has not otherwise contacted the Funds regarding the disclosure form.

5. The Funds have expended $1,378.38 in attorney fees and costs in connection with these proceedings against P & S Carpet Service, Inc.

**CONCLUSIONS OF LAW**

1. The Funds properly served the Garnishment Summons and the Earnings Disclosure Form upon P & S Carpet Service, Inc.

2. P & S Carpet Service, Inc. has failed to comply with its statutory obligation to respond to the summons by completing the required disclosure form.

3. The Funds are entitled to judgment against Garnishee P & S Carpet Service, Inc. for its failure to return the disclosure form.

4. P & S Carpet Service, Inc. is liable to the Funds for the full amount of the Funds' known claims against Paul E. Pearson, $55,617.17, and the attorney fees and costs incurred by Plaintiffs in enforcing Defendants obligations under the law, $1,378.38.

**ORDER**

Based upon the pleadings, Plaintiffs' Memorandum of Law, and the record herein, it is HEREBY ORDERED that:

1. Plaintiffs' Motion for Judgment Against the Garnishee be granted in its entirety; and

2. Judgment be entered in favor of the Funds and against P & S Carpet Service, Inc. in the amount of $56,995.55.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Date: 12/11/03

The Honorable David S. Doty
United States District Court Judge