AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Twin City Floor Covering Industry Pension Fund and Twin City Floor Covering Industry Fringe Benefit Trust Fund, (Plaintiffs/Judgment Creditors)

V.

Floor Covering Specialists and Paul E. Pearson, individually (Defendants/Judgment Debtors)

and

P & S Carpet Services, Inc., (Defendant/Garnishee)

## JUDGMENT IN A CIVIL CASE

Case Number: 02-0046 DSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' Motion for Judgment Against the Garnishee be granted in its entirety; and Judgment be entered in favor of the Funds and against P & S Carpet Services, Inc. in the amount of $56,995.55

December 11, 2003
Date

RICHARD D. SLETTEN, CLERK

Heather Labat
(By) Heather Labat, Deputy Clerk

22

Modified:03/10/03